UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-154 (NLH) |
| v. | : | Hon. Noel L. Hillman, United States District Judge |
| JERALD GREEN | : | <u>ORDER</u> |

This matter having come before the Court on the motion of defendant Jerald Green, appearing *pro se*, for an order terminating early his supervised release pursuant to Title 18, United States Code, Section 3583(e)(1); and the United States of America (Paul J. Fishman, United States Attorney, by Matthew J. Skahill, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having (1) read the submissions of the parties, (2) reviewed the record in this matter and (3) applied the law, including assessing the applicable factors under Title 18, United States Code, Section 3553(a); and for good cause shown,

It is on this 21st day of May, 2014,

**ORDERED** that defendant Jerald Green's motion be DENIED.
and it is further **ORDERED** that defandant's conditions of supervised release be and the same hereby are **AMENDED** to allow his travel outside the district from August 25, 2014 to August 29, 2014 for the purpose of vacation with his family after pre-approval of his itinerary by U.S. Probation.

*Noel L. Hillman*
HON. NOEL L. HILLMAN
United States District Judge

At: Camden, New Jersey