

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA*<br>*United States Attorney* | *Camden Federal Building & U.S. Courthouse*<br>*Post Office Box 2098, 401 Market Street, 4th Floor*<br>*Camden, New Jersey 08101-2098* | *856/757-5026*<br>*Fax: 856/968-4917* |

July 24, 2025

Marcy Plye, Deputy in Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

      Re:    U.S. v. PEREZ et al.
              <u>Crim. No. 07-00154 (MJS)</u>

Dear Mrs. Plye:

    Please be advised that the above-mentioned matter has been completed with respect to defendant **Jerald Green.**

    Kindly cancel your ORDER Setting Conditions of Release, dated May 16, 2007, in the Secured amount of **$100,000.00**.

                                     Very truly yours,

                                     ALINA HABBA
                                   United States Attorney

                             <u>*/s/ **Daniel A. Friedman***</u>
            By:    DANIEL A. FRIEDMAN
                     Assistant U.S. Attorney